UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| James Unice, *on behalf of himself and all others similarly situated*, | ) Case No. 2:16-CV-01568-DSC |
| Plaintiff | ) |
| v. | ) |
| Vizio, Inc., | ) |
| Defendant. | ) |

### ORDER

AND NOW, this <u>    15th    </u> day of December, 2016, having considered the foregoing Stipulation and [Proposed] Order Transferring Action to Central District of California Pursuant to 28 U.S.C. Section 1404(a), it is hereby ORDERED that the Stipulation is GRANTED.  This action is hereby TRANSFERRED **forthwith** to the United States District Court for the Central District of California pursuant to 28 U.S.C. section 1404(a).  Further, Defendant Vizio, Inc.'s deadline to respond to the Complaint is hereby SUSPENDED pending agreement of the Parties on an appropriate deadline following transfer and coordination with plaintiff's counsel in the *Schwartz v. Vizio, Inc.* matter (Case No. 8:16-cv-1883) pending in the Central District of California.

s/ DAVID STEWART CERCONE

David Stewart Cercone
United States District Judge